IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ERIC CARL VIRTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-045 |
| | ) | |
| WHEELER CORRECTIONS and SHAWN GILLIS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

*U.S. DISTRICT COURT*
*SOUTHERN DISTRICT OF GEORGIA*

AUG 30 2024

FILED

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 30th day of August, 2024, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE